IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL JONES, )
 )
    Plaintiff, )
 )
v. ) Case No. 04-0261-CV-W-DW
 )
WESTERN MISSOURI )
MENTAL HEALTH, )
 )
    Defendant. )

ORDER

On April 12, 2004, this Court provisionally granted Plaintiff's motion to proceed *in forma pauperis*. In that Order the Court noted that the Plaintiff would be responsible for serving process on the Defendant in the manner proscribed in Rule 4 of the Federal Rules of the Civil Procedure. Because over 120 days have passed since the Complaint was filed, the Court dismisses this case without prejudice for lack of service. See FED. R. CIV. P. 4(m).

IT IS SO ORDERED

                                    /s/ DEAN WHIPPLE
                                    Dean Whipple
                                    United States District Judge

DATE: November 28, 2005